UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., § § § *Plaintiff/Counter-Defendant,* § § v. § § MAERSK CONTRACTORS USA, INC., § § *Defendant/Counter-Plaintiff.* § | Case No.: H-07-02392 JUDGE KENNETH M. HOYT |

**APPENDIX OF EXHIBITS TO MAERSK CONTRACTORS USA, INC.'S MOTION FOR SUMMARY JUDGMENT FOR NON-INFRINGEMENT**

| Exhibit Number | Description | Appendix page numbers |
|---|---|---|
| Exhibit 1 | Invitation to Tender (filed under seal) | A1 – A1 |
| Exhibit 2 | Declaration of Jens Madsen | A2 – A3 |
| Exhibit 3 | Response to Invitation of Tender (filed under seal) | A4 – A6 |
| Exhibit 4 | Drilling Contract | A7 – A52 |
| Exhibit 5 | Declaration of Jesper Holck (filed under seal) | A53 – A63 |
| Exhibit 6 | *Transocean v. GSF*, Dkt. No. 246 (GlobalSantaFe's Response to the Court Regarding Permanent Injunction) | A64 – A71 |
| Exhibit 7 | *Transocean v. GSF*, Dkt. No. 248 (Transocean's Brief Concerning Permanent Injunction) | A72 – A79 |
| Exhibit 8 | *Transocean v. GSF*, Dkt. No. 256 (Memorandum Opinion and Order )(highlighted) | A80 – A108 |
| Exhibit 9 | *Transocean v. GSF*, Dkt. No. 266 (Modified Final Judgment) (highlighted) | A109 – A111 |
| Exhibit 10 | Keppel Fels Certification Report and Photographs (filed under seal) | A112 – A116 |

| Exhibit Number | Description | Appendix page numbers |
| --- | --- | --- |
| Exhibit 11 | Asserted Claims (emphasis added) | A117 – A122 |
| Exhibit 12 | *Transocean v. GSF*, Dkt. No. 243 (Minute Order) | A123 – A124 |
| Exhibit 13 | *Transocean v. GSF*, Dkt. No. 247 (Transocean's Brief Concerning Permanent Injunction) | A125 – A130 |
| Exhibit 14 | *Transocean v. GSF*, Dkt. No. (GlobalSantaFe's Response to Transocean's Brief Concerning Permanent Injunction) | A131 – A139 |
| Exhibit 15 | *Transocean Offshore Deepwater Drilling v. Stena Drilling Ltd.*, No. H-07-2797, 2008 WL 2065808 (S.D. Tex. May 13, 2008) | A140 – A142 |