UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., | § § § | |
| *Plaintiff/Counter-Defendant,* | § § | Case No. H-07-02392 |
| v. | § § | JUDGE KENNETH M. HOYT |
| MAERSK CONTRACTORS USA, INC., | § § § | |
| *Defendant/Counter-Plaintiff.* | § | |

## FINAL JUDGMENT

In accordance with this Court's July 28, 2009 Memorandum and Opinion (Dkt. No. 148), its July 28, 2009 Minute Order (Dkt. No. 148), and its May 14, 2009 Memorandum and Order (Dkt. No. 142), the Court issues the following Order of Final Judgment:

1. Judgment is entered in favor of Defendant Maersk Contractors USA, Inc. ("Maersk") and against Plaintiff, Transocean Offshore Deepwater Drilling Inc. ("Transocean"), on all counts, claims and prayers for relief set forth in Transocean's Second Amended Complaint (Dkt. No. 30).

2. Maersk shall recover its costs of court from Transocean.

3. It is hereby adjudged and declared that claim 10 of U.S. Patent No. 6,085,851, claims 10-13 and 30 of US Patent No. 6,047,781, and claim 17 of US Patent No. 6,068,069, are invalid and not infringed by Maersk.

5. All other counterclaims and affirmative defenses that Maersk has raised and plead in this litigation, including its claim of inequitable conduct, are dismissed without prejudice, as moot in view of, and based upon, the Court's above-referenced Minutes and Orders. This dismissal without prejudice does not apply to Maersk's request for attorney

fees and an exceptional case determination under 35 U.S.C. 285, which issues are expressly reserved by Maersk for presentation to the Court within the time limits set by the Federal and Local Rules.

6. The Court enters Final Judgment in this case for Maersk and against Transocean.

IT IS SO ORDERED:

SIGNED at Houston, Texas, this 18th day of August, 2009.

Kenneth M. Hoyt