IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., | § § § | |
| *Plaintiff*, | § | CASE NO. 4:07-CV-02392 |
| v. | § § | Judge Kenneth M. Hoyt |
| MAERSK CONTACTORS USA, INC., | § § | |
| *Defendant*. | § | |

**PLAINTIFF TRANSOCEAN'S**
**NOTICE OF APPEAL**

Plaintiff Transocean Offshore Deepwater Drilling, Inc. ("Transocean") hereby gives notice that it is taking this appeal to the United States Court of Appeals for the Federal Circuit from this Court's final judgment entered on August 18, 2009 (Docket Entry 153) and any adverse orders and rulings preceding entry of that judgment (including, but not limited to, this Court's Memorandum and Order entered on May 14, 2009 (Docket Entry 142), and this Court's Memorandum and Opinion entered on July 28, 2009 (Docket Entry 148)).

DATE: August 26, 2009                          Respectfully submitted,

By    /s/ Charles B. Walker, Jr.
Charles B. Walker, Jr.
*Attorney-in-Charge for Plaintiff*
State Bar No. 00794808
S.D. Tex. Bar No. 19307
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713/651-5203
Facsimile: 713/651-5246
Email: cwalker@fulbright.com

1

OF COUNSEL:

Michael S. McCoy
State Bar No. 24013129
S.D. Tex. I.D. No. 24498
Warren S. Huang
State Bar No. 00796788
S.D. Tex. I.D. No. 20509
K. Rachelle Goldman
State Bar No. 24045954
S.D. Tex. I.D. No. 594876
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:   (713) 651-5151
Telecopier:   (713) 651-5246

*Attorneys for Plaintiff Transocean*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff Transocean's Notice of Appeal was served in compliance with the Federal Rules of Civil Procedure and Local Rules of the United States District Court for the Southern District of Texas by electronic notification by the Court on August 26, 2009, upon the following:

| | |
|---|---|
| Mr. Lee L. Kaplan<br>SMYSER KAPLAN & VESELKA, L.L.P.<br>700 Louisiana<br>Houston, Texas 77002-2700<br>Telephone (713) 221-2300<br>Facsimile (713) 221-2320<br>Email: lkaplan@skv.com<br>(Counsel for Defendant) | Mr. William H. Frankel<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Telephone: (312) 321-7736<br>Facsimile: (312) 321-4299<br>Chicago, Illinois 60611-5599<br>Email: wfrankel@brinkshofer.com<br>(Counsel for Defendant) |

/s/ Charles B. Walker, Jr.
Charles B. Walker, Jr.