UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TRANSOCEAN OFFSHORE** § | | |
| **DEEPWATER DRILLING, INC.,** § | | |
| § | | |
| *Plaintiff/Counter-Defendant,* § | Case No. H-07-02392 | |
| § | | |
| v. § | JUDGE KENNETH M. HOYT | |
| § | | |
| **MAERSK CONTRACTORS USA, INC.,** § | | |
| § | | |
| *Defendant/Counter-Plaintiff.* § | | |

## MAERSK CONTRACTORS USA, INC.'S MOTION FOR ATTORNEY'S FEES

Maersk Contractors USA, Inc. ("Maersk") hereby moves for an award of attorney's fees pursuant to 35 U.S.C. § 285. A memorandum in support is submitted herewith.

Submitted September 1, 2009        /s/ Lee L. Kaplan_____
                                  ATTORNEYS FOR
                                  MAERSK CONTRACTORS USA, INC.

                                  Lee L. Kaplan
                                  Attorney-in-Charge
                                  Texas Bar. No. 1109400
                                  Southern District of Texas ID No. 1840
                                  Jeff Potts
                                  Texas Bar No. 00784781
                                  Southern District of Texas ID No. 16804

                                  SMYSER KAPLAN & VESELKA, L.L.P.
                                  Bank of America Center
                                  700 Louisiana Street
                                  Houston, Texas 77002-2700
                                  713-221-2300 (phone)
                                  713-221-2320 (facsimile)
                                  lkaplan@skv.com
                                  jpotts@skv.com

                                  Admitted *Pro Hac Vice*:

        William H. Frankel
        (Illinois State Bar No.: 3127933)
        Glen P. Belvis
        (Illinois State Bar No.: 6191444)
        Mark H. Remus
        (Illinois State Bar No.: 6243717)
        David P. Lindner
        (Illinois State Bar No.: 6283382)

        BRINKS HOFER GILSON & LIONE
        NBC Tower, Suite 3600
        455 North Cityfront Plaza Drive
        Chicago, Illinois 60611-5599
        312-321-4200 (phone)
        312-321-4299 (facsimile)
        wfrankel@brinkshofer.com
        gbelvis@brinkshofer.com
        mremus@brinskhofer.com
        dlindner@brinkshofer.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 1, 2009, a true and correct copy of Maersk Contractors USA, Inc.'s Motion for Attorney's Fees was served to the following attorneys of record by e-mail:

    Charles B. Walker
    FULBRIGHT & JAWORSKI
    1301 McKinney – Ste. 5100
    Houston, TX  77010-3095
    cwalker@fulbright.com

    *ATTORNEY FOR PLAINTIFF/COUNTER-DEFENDANT*

                      /s/ Lee L. Kaplan
                        Lee L. Kaplan