UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., | § § § | |
| *Plaintiff/Counter-Defendant,* | § § | Case No. H-07-02392 |
| v. | § § | JUDGE KENNETH M. HOYT |
| MAERSK DRILLING USA, INC., | § § | |
| *Defendant/Counter-Plaintiff.* | § § § | |

## MAERSK DRILLING USA, INC.'S MOTION TO VACATE
## THE FINAL JUDGMENT

Maersk Drilling USA, Inc. moves to vacate the Court's Final Judgment
(Dkt. No. 153), entered on August 18, 2009, in accordance with the mandate that
was issued by the Federal Circuit Court of Appeals.   A proposed order is
attached.

Dated: April 6, 2011                     */s/ Lee L. Kaplan*

Lee L. Kaplan
Attorney-in-Charge
Texas Bar No. 11094400
SD of Tex I.D. No. 1840
Jeff Potts
Texas Bar No. 00784781
SD Tex I.D. No. 16804
Land Murphy
Texas Bar No. 24058010
SD Tex I.D. No. 802346

SMYSER KAPLAN & VESELKA, L.L.P.
Bank of America Center
700 Louisiana Street
Houston, Texas 77002-2700
713-221-2300 (phone)
713-221-2320 (facsimile)

William H. Frankel
Illinois State Bar No.: 3127933
(*Admitted Pro Hac Vice*)
Mark H. Remus
Illinois State Bar No.: 6243717
(*Admitted Pro Hac Vice*)
David H. Bluestone
Illinois State Bar No.: 6269436
(*Admitted Pro Hac Vice*)
David P. Lindner
Illinois State Bar No.: 6283382
(*Admitted Pro Hac Vice*)

BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
312-321-4200 (phone)
312-321-4299 (facsimile)

ATTORNEYS FOR MAERSK

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2011, a true and correct copy of **MAERSK DRILLING USA, INC.'S MOTION TO VACATE THE FINAL JUDGMENT** was served on the following attorney of record by e-mail:

Charles B. Walker
FULBRIGHT & JAWORSKI
1301 McKinney – Ste. 5100
Houston, TX  77010-3095
cwalker@fulbright.com

*ATTORNEY FOR PLAINTIFF, TRANSOCEAN*

*/s/Lee L. Kaplan*
Lee L. Kaplan