IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANSOCEAN OFFSHORE | § | |
| DEEPWATER DRILLING, INC., | § | |
| | § | |
| *Plaintiff/Counter-Defendant.* | § | C.A. NO. H-07-2392 |
| v. | § | |
| | § | JUDGE KENNETH HOYT |
| MAERSK DRILLING USA, INC., | § | |
| | § | |
| *Defendant/Counter-Plaintiff.* | § | |

**PLAINTIFF TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.'S
NOTICE OF APPEAL**

Plaintiff Transocean Offshore Deepwater Drilling, Inc. ("Transocean") hereby gives notice that it is taking this appeal to the United States Court of Appeals for the Federal Circuit from this Court's Final Judgment entered on June 30, 2011 (D.E. 293), this Court's Memorandum Opinion entered on June 30, 2011 (D.E. 292), this Court's Amended Final Judgment entered on July 27, 2011 (D.E. 302), this Court's order denying Transocean's Motion to Alter or Amend Final Judgment entered on July 27, 2011 (D.E. 302), this Court's order granting Maersk's conditional motion for new trial entered on August 18, 2011 (D.E. 314), this Court's order denying Transocean's Motion to Alter or Amend Amended Final Judgment entered on August 25, 2011 (D.E. 315), this Court's order retaxing court costs against Transocean at $56,273.82 entered on August 1, 2011 (D.E. 304), this Court's oral granting of Defendant Maersk Drilling USA, Inc.'s motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a) on Transocean's claim of infringement under the doctrine of equivalents (4/20/11 Tr., p. 1803), and any other orders and rulings prior to, during, or after the trial of this case that were adverse to Transocean.

Respectfully submitted,


By _____/s/ Charles B. Walker_____
        Charles B. Walker
        State Bar No. 00794808
        S.D. Texas ID No. 19307
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

*Attorney-in-Charge for Transocean*
*Offshore Deepwater Drilling, Inc.*

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.

Michael S. McCoy
State Bar No. 24013129
S.D. Texas ID No. 24498
Charles W. Hurd
State Bar No. 10306500
S.D. Texas ID No. 6225
Warren S. Huang
State Bar No. 00796788
S.D. Texas ID No. 20509
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Plaintiff Transocean Offshore Deepwater Drilling, Inc.'s

Notice of Appeal was electronically served by CM/ECF in accordance with the Federal Rules of

Civil Procedure and Local Rules for the Southern District of Texas on August 26, 2011, upon:

| | |
|---|---|
| Mr. Lee L. Kaplan | Mr. William H. Frankel |
| SMYSER KAPLAN & VESELKA, L.L.P. | BRINKS HOFER GILSON & LIONE |
| Bank of America Center | NBC Tower, Suite 3600 |
| 700 Louisiana | 455 North Cityfront Plaza Drive |
| Houston, Texas 77002-2700 | Chicago, Illinois 60611-5599 |
| (Attorney-in-Charge for Defendant) | (Counsel for Defendant) |

/s/ Charles B. Walker

Charles B. Walker